IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 5 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 4:19-CR-041-A<br>[Supersedes Information returned on February 13, 2019, as to defendant Morales-Dominguez only] |
| HUMBERTO MORALES-DOMINGUEZ (02) | |

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before March 2014, and continuing until in or around December 2018, in the Northern District of Texas, and elsewhere, defendant **Humberto Morales-Dominguez**, along with others known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817-252-5200
Facsimile:  817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

HUMBERTO MORALES-DOMINGUEZ (02)

SUPERSEDING INDICTMENT

21 U.S.C. § 846 (21 U.S.C §§ 841(a)(1) and (b)(1)(B))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
1 Count

A true bill rendered

DALLAS                                                                                          FOREPERSON

Filed in open court this _5_ day of March, 2019.

**Defendant in Federal Custody since December 11, 2018.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:19-MJ-709-BJ