United States District Court
Northern District of Texas
501 W. 10th Street, Room 310
Fort Worth, TX, 76102-3673
817-850-6600

**FILED**
**October 28, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

Oscar H. Dominguez
58130-177 Unit K-2
Sandstone FCI
P.O.Box 1000
Sandstone, MN, 55072

October 24, 2022

RE: 4:19-cr-041-A-(07)

Dear Court Clerk,

Enclosed you will find 1) A copy of the J and C that I received from the court, 2) a copy of the letter I recently wrote to Immigration and Custom Enforcements, and 3) a letter from the Clerk of Tarrant County stating that I sent the letter to the wrong Court House. As you will note that at the bottom of the J and C, Judge McBryde recommended that I be allowed to participate in the R.D.A.P. program, and if not, the B.O.P. was to notify the court with an explanation as to why not. I do not know if the Court was ever notified of my non-entry to the R.D.A.P. program. It is apparent that none of the staff was aware of the Judge's wishes as to the R.D.A.P. program. I am writing to let the Court know that I have done what I can to make sure that I can be allowed to enter the program. I am not sure if Judge McBryde is still serving. Please make sure that the current Judge gets this information.

Thank you for your time and effort in this matter.

Sincerely,

Oscar H. Dominguez

ENC.

# United States District Court

Northern District of Texas
Fort Worth Division



UNITED STATES OF AMERICA §

v. § Case Number: 4:19-CR-041-A(07)

OSCAR HERNANDEZ DOMINGUEZ §

## JUDGMENT IN A CRIMINAL CASE

The government was represented by Assistant United States Attorney Megan Fahey. The defendant, OSCAR HERNANDEZ DOMINGUEZ, was represented by Clark Eugene Birdsall.

The defendant pleaded guilty on February 26, 2019 to count two of the four count information filed on February 13, 2019. Accordingly, the court ORDERS that the defendant be, and is hereby, adjudged guilty of such count involving the following offense:

| Title & Section / Nature of Offense | Date Offense Concluded | Count |
|---|---|---|
| 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))<br>Conspiracy to Possess with Intent to Distribute a Controlled Substance | 9/1/2018 | 1 |

As pronounced and imposed on July 5, 2019, the defendant is sentenced as provided in this judgment.

The court ORDERS that the defendant immediately pay to the United States, through the Clerk of this Court, a special assessment of $100.00.

The court further ORDERS that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence address, or mailing address, as set forth below, until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court, through the clerk of this court, and the Attorney General, through the United States Attorney for this district, of any material change in the defendant's economic circumstances.

## IMPRISONMENT

The court further ORDERS that the defendant be, and is hereby, committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 72 months.

The court recommends to the Bureau of Prisons that defendant be allowed to participate in the Institution Residential Drug Abuse Treatment Program. The Bureau of Prisons to notify the court if the defendant cannot participate in the Institution Residential Drug Abuse Treatment Program, and is to give the court an explanation of why the defendant cannot participate.

The defendant is remanded to the custody of the United States Marshal.

1

Mr. William Witt
Immigration and Customs Enforcement
1 Federal Drive, Suite 1640
Fort Snelling, MN, 55111

Oscar H. Dominguez
58130-177 Unit K-2
Sandstone FCI
P.O. Box 1000
Sandstone, MN, 55072

October 04, 2022

RE: ALIEN No. A034646648

Dear Mr. Witt,

I am writing to you today in hopes of being able to have you remove a detainer that has been placed against me.

I recently showed the J and C report I received from the United States District Court in Texas, to a "legal eagle" here and he pointed out that on the bottom of the first page, the Judge indicated that he would like for me to be in the Residential Drug Abuse treatment Program (R.D.A.P.) while I am in custody. Here at Sandstone, we have such a program.

After having that pointed out to me, I went to see my Case Manager, Mr. Gaede, who told me "it was RDAP's problem". I then went and saw Mrs. Warlick, the head psychologist, and she told me to send a cop-out to Ms. Lorenzen, in psychology, who heads the RDAP program. Ms. Lorenzen replied with in 11 days and wrote that I should watch the call-outs. I was placed on the call-out for Monday, October 03, 2022.

I saw Ms. Lorenzen that morning, and she discussed the benefits of programming. I am eligible to take the RDAP program except for the detainer that I.C.E. has against me. Can you please explain the steps I need to take so that the detainer against me may be removed and I may receive the benefits that the programming of RDAP can provide me.

I have been an alien resident since 1972, and entered the United States legally. I have never been in trouble with immigration. I have paid my taxes every year that I have worked at the same place for 32 years. My wife, children, and family all live in the United States.

If I can get the detainer removed, I can get the benefits of RDAP, and the First Step Act. If you need any more information, contact either myself or the prison.

Thank you for your time and effort in this matter.

Sincerely,

*Oscar H. Dominguez*
Oscar H. Dominguez

CC: U.S. District Court
    Fort Worth Division



# TARRANT COUNTY

**THOMAS A. WILDER**
**DISTRICT CLERK**

Date: __10/12/2022__

Dear: _Oscar H Dominguez_

Cause: _4:19-CR-041-A(07)_

*For future reference, our office suggests the following as specified below:*

- ☐ Please send a self-addressed stamped envelope large enough to accommodate your returned copies.

- ☐ Please provide the proper cause number and place on all pleadings. The proper cause number is _____.

- ☐ Please provide enough copies of the order(s) to mail to all attorneys of record.

- ☐ Please direct all pleadings without filing fees enclosed to the clerk of the court in which the case is files (example: District Clerk 048th Court Clerk)

- ☐ Please do not mail several courts pleadings together in the same envelope.

- ☐ Please submit the filing fee when requesting a severance.

- ☐ Enclosed, please find your unsigned orders. Please bring your order(s) back at the time of hearing or trial

- ☒ Other: Please send your document(s) to the US District Courts/Northern District of Texas, as we are the Tarrant County District Clerk, which is a different entity. They can be reached at 817-850-6600 for you to obtain the correct address. In addition, we are unable to access the case number you have provided at our location.

Thank you for your assistance in helping our office expedite your filings. Should you have any questions or concerns, please contact our office at 817-884-2536

Sincerely,

*Amanda Pfisterer*
**Amanda Pfisterer**
**Deputy District Clerk**

Revised 4/17/17 LL



COMMITTED NAME: Oscar H. Dominguez
REG. NO. & QTRS.: 58130-177 K.2
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

LEGAL MAIL

76102-975999

⇔ 58130-177 ⇔
U S Dist Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102-3673
United States

RECEIVED
OCT 28 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

SAINT PAUL MN 550
2022 PM 2

FOREVER / USA

LEGAL MAIL

Federal Correctional Institution
P.O. Box 1000 Sandstone, MN 55072
DATE: 10/24/22

The enclosed letter was processed through Special Handling Procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.